# IN THE SUPREME COURT OF THE STATE OF NEVADA

TYRESSE JACKSON,
                          Appellant,
          vs.
THE STATE OF NEVADA,
                          Respondent.

No. 80024

**FILED**

JAN 06 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
      DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from a district court order denying a postconviction petition for a writ of habeas corpus. Eighth Judicial District Court, Clark County; William D. Kephart, Judge.

Because it appeared from this court's initial review that the notice of appeal was untimely filed, this court entered an order directing counsel for appellant to respond and demonstrate why this appeal should not be dismissed. Counsel for appellant has responded to this court's order and proposes that his office's excusable neglect in filing the notice of appeal out of time should prevent dismissal of this appeal. The court may not extend the time to file a notice of appeal. NRAP 26(b)(1)(A). Counsel failed to file the notice of appeal within the time period permitted. This court lacks jurisdiction, *see Lozada v. State*, 110 Nev. 349, 871 P.2d 944 (1994), and

ORDERS this appeal DISMISSED.

_____, J.
Parraguirre

_____, J.
Hardesty

_____, J.
Cadish

20-00611

cc:    Hon. William D. Kephart, District Judge
TCM Law
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk